# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA   )    CASE NUMBER 12MJ784-NLS

vs   )    ABSTRACT OF ORDER

Eugenio Velazquez )    Booking No. 31509298

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of _March 22, 2012_

the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

✓ _____ Defendant released on $ 100,000 R/P _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**NITA L. STORME**

UNITED STATES MAGISTRATE JUDGE

OR

Received_____
     DUSM

W. SAMUEL HAMRICK, JR.    Clerk
by
Deputy Clerk
**G. PERRAULT**

Crim-9   (Rev. 8-11)

CLERK'S COPY