

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR1376-W |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| EUGENIO VELAZQUEZ, ) | (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about March 4, 2012, within the Southern District of California, defendant EUGENIO VELAZQUEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 5.80 kilograms (12.76 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/11/12 .

LAURA E. DUFFY
United States Attorney

MELISSA A. MEISTER
Assistant U.S. Attorney

MAM:pcf:San Diego
3/16/12