```
 1  LAURA E. DUFFY
    United States Attorney
 2  DAVID A. FOX
    Assistant U.S. Attorney
 3  California State Bar No. 254651
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Email: David.A.Fox@usdoj.gov
    Telephone: (619) 546-6790
 6  Facsimile: (619) 546-0510

 7  Attorneys for Plaintiff
    United States of America
 8
```

                **UNITED STATES DISTRICT COURT**

                **SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | Case No. 12CR1376-W |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| EUGENIO VELASQUEZ, | ) | |
| Defendant. | ) | |

    I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

    <u>Name</u>

    None.

//

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please call me if you have any questions about this notice.

DATED: June 21, 2012.

                                      Respectfully submitted,

                                      LAURA E. DUFFY
                                      United States Attorney

                                      s/ *David A. Fox*
                                      DAVID A. FOX
                                      Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR1376-W |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| EUGENIO VELASQUEZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's ECF Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

  Jeremy D. Warren, Esq.
  Attorney for the Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2012.

s/ *David A. Fox*
David A. Fox
David.A.Fox@usdoj.gov